STATE OF NEW JERSEY v. LAWRENCE A. GAINES.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK LAMONT HUNTER.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. PASQUALE D'ABUNDO.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD BUNTING.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. HERBERT RICKS.

October 20, 1987.

Petition for certification denied.